No. 1001.  **Garvin v. Garvin.**  November Term, 1880.  Mo-
tion before the presiding judge of the Circuit, to vacate and set
aside a judgment and execution held by John Garvin against
Robert Garvin.  Judge Pressley, before whom the motion was
made, refused to grant it, and Robert Garvin appealed.  *Held*
by this court—

1. That proceedings under the act of 1869 (*Gen. Stat.* 497, §·
2,) are purely legal, and this court, therefore, can correct only
errors of law committed by the Circuit judge in such proceed-
ings.

2. The real purpose of this act considered and the conclusion,
reached that it probably was intended to affect only *the method of
procedure*, and to provide a uniform proceeding for cases both at
law and in equity.

3. That from the wording of the motion, and after the deci-
sion in *Garvin* v. *Garvin*, 13 *S. C.* 160, the relator cannot now
deny that his motion is under the act of 1869.

4. ˙ That the Circuit judge correctly held that under this stat-
ute he had no power to set aside the judgment except for errors.
of fact.

5. That no error of law was committed by the Circuit judge
in holding that the facts which would justify a re-opening of

the case, must be such as were shown to his satisfaction to have been overlooked or newly discovered.

6. It is very questionable whether any appeal is allowed under this statute; but, without reference to its phraseology, the conclusions of the Circuit judge as to what is "satisfactory proof," cannot be reviewed here.

7. This court cannot decide whether proof was "satisfactory to the presiding judge." Appeal dismissed. OPINION by McGOWAN, A. J., March 18th, 1881. *P. A. Emanuel* and *M. W. Gary*, for appellant. *D. S. Henderson* and *G. W. Croft*, contra.